IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00562-RBJ-BNB

JULIE ELLIOTT,

    Plaintiff,

v.

WELBY GARDENS CO., INC.,

    Defendant.

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Having considered defense counsel's Motion to Withdraw as Counsel, and being fully advised in the premises, this Court hereby Orders that Lawrence Lee and Sherri Catalano are allowed to withdraw as counsel for Defendant.

Dated this 14th day of August, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge