IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-00562-RBJ-BNB

JULIE ELLIOTT,

Plaintiff,

v.

WELBY GARDENS,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before December 4, 2012, the parties shall file a stipulation

or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a), or a status report

addressing why dismissal has not been accomplished.

Dated November 13, 2012.

BY THE COURT:

 s/ Boyd N. Boland_____
United States Magistrate Judge