IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-00562-RBJ-BNB

JULIE ELLIOTT,

    Plaintiff,

v.

WELBY GARDENS,

    Defendant.

---

ORDER RE STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

This matter coming before the Court on the parties' Stipulated Motion to Dismiss with Prejudice [Docket #46] and the Court being fully advised in the premises,

IT IS THEREFORE ORDERED that the within action is dismissed with prejudice.

DATED this 30th day of November, 2012.

                                        BY THE COURT:

                                        _____

                                        R. Brooke Jackson
                                        United States District Judge